**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ENES DE OLIVEIRA CABRAL,** | : | |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-4391** |
| | : | |
| **J.L. JAMISON et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW,** this **30th** day of **June 2026,** upon consideration of Enes De Oliveira Cabral's

Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is

**GRANTED**.  It is **FURTHER ORDERED** as follows:

1.  The Government shall release Mr. De Oliveira Cabral from custody immediately and file

    a certificate of compliance on the docket no later than 5:00 p.m. on June 30, 2026.

2.  The Government is enjoined from detaining Mr. De Oliveira Cabral under 8 U.S.C. §

    1226(a) for seven (7) days following his release from custody.

3.  The Clerk of Court shall mark this case **CLOSED**.

                                    **BY THE COURT:**


                                    */S/ Kai N. Scott*
                                    **HONORABLE KAI N. SCOTT**
                                    **United States District Court Judge**